**MEMORANDUM FOR:**

>Breon Peace
>United States Attorney
>Eastern District of New York
>
>Carolyn Pokorny
>First Assistant United States Attorney
>Eastern District of New York

**THROUGH:**

>Bradley Weinsheimer
>Associate Deputy Attorney General
>Office of the Deputy Attorney General
>
>Jay Macklin
>General Counsel
>Executive Office for United States Attorneys

**FROM:**    Jeffrey Mullins
>Assistant General Counsel
>General Counsel's Office
>Executive Office for United States Attorneys

**RE:**    USA-Only Recusal (GCO File No. REC-23-2166)

**THIS IS FORMAL NOTICE** that Bradley Weinsheimer, Associate Deputy Attorney General (ADAG), has approved the recusal of United States Attorney (USA) Breon Peace of the Eastern District of New York from the matter titled *United States v. Xinjiang Jin*, and any related matters.

The ADAG authorized this recusal in accordance with United States Attorneys' Policies & Procedures (USAPP) 3-2.170.001 and [Justice Manual 3-1.140](#) based upon existing conflicts of interest or the appearance of conflicts of interest pertaining to the matter. Pursuant to 28 U.S.C. § 515, ADAG Weinsheimer has directed and authorized the First Assistant United States Attorney for the Eastern District of New York to have the status and perform all of the authorized functions of a United States Attorney with respect to the matter. The First Assistant United States Attorney shall report to and act under the direction of the Deputy Attorney General regarding this matter. The signature block used in connection with this case should reflect that the First Assistant United States Attorney is "Attorney for the United States, Acting under Authority Conferred by 28 U.S.C. § 515."

Please note that once it has been determined that the United States Attorney must be recused from a particular matter, the United States Attorney not only should be recused from decision-making responsibility in that matter but also should not review any status reports or receive any

briefings on the progress of the matter.  Further, to ensure the effectiveness of the recusal, the case files should be marked in a distinguishing manner and an appropriate entry made within the case management system.  For additional guidance on practical measures to effectively wall off the United States Attorney from this matter, please contact the EOUSA General Counsel's Office.

This formal notice of recusal shall be provided to all personnel of the United States Attorney's Office for the Eastern District of New York whose duties touch upon this matter so they are aware that the United States Attorney has been recused and must be walled off.

This action is based on the facts that have been presented to the General Counsel's Office and to the Office of the Deputy Attorney General.  Should new facts arise necessitating further analysis of the recused matter, you should contact the General Counsel's Office.  In addition, should the need arise in this matter to certify an appeal under 18 U.S.C. § 3731, or should action be contemplated that is statutorily required to be accomplished by a United States Attorney, please contact the General Counsel's Office for further analysis.